7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Casey Richard Keller and Misti Marie Underwood
**Debtor**

*Bankruptcy Case No.*
15–60027–abf7

**Missouri Family Support Division**
   Plaintiff(s)

*Adversary Case No.*
15–06013–abf

v.

**Misti Marie Underwood**
   Defendant(s)

# JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Judgment By Default entered by the court on 6/16/2015, Document No. 10, Judgment is hereby entered in favor of the plaintiff, and against the defendant, Misti Marie Underwood as follows: The following debts owed to the Missouri Department of Social Services, Family Support Division, by Misti Underwood pursuant to 11U.S.C. §523(a)(2)(B) are not dischargeable and will be excepted from any discharge obtained in the Debtors underlying Bankruptcy proceedings: Repayment of food stamp benefits in the amount of $7026.00 and medical assistance benefits in the amount of $11,590.71, together with creditors filing fee of $350.00, for a total debt of $18,966.77.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 6/16/15

Court to serve